IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICE J. CLARK, JR. : CIVIL ACTION
:
v. :
:
WILLIAM WAYNE PUNSHON : NO. 12-6403
JOHN J. CAPUZZI :

FILED
NOV 16 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 16th day of November, 2012, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff, Maurice J. Clark, Jr., #11005017, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $37.17 is assessed. The Warden or other appropriate official at the George W. Hill Correctional Facility or at any other prison at which plaintiff may be incarcerated is directed to deduct $37.17 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 12-6403. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the George W. Hill Correctional Facility or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than

20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 12-6403.

    3. The Clerk of Court is directed to send a copy of this order to the Warden of the George W. Hill Correctional Facility.

    4. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons discussed in the Court's Memorandum.

    5. This case shall be marked CLOSED.

**BY THE COURT:**

*Joel Slomsky*
JOEL H. SLOMSKY, J.

**ENTERED**

NOV 19 2012

**CLERK OF COURT**